IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLATTE VALLEY BANK, a Nebraska State Bank, | ) ) ) | 8:10CV59 |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| TETRA FINANCIAL GROUP, LLC, a Utah Limited Liability Company, and Republic Bank, INC., a Utah Corporation | ) ) ) ) ) | |
| Defendants. | ) ) | |

     This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 16).

     IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Wednesday, April 28, 2010, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

     DATED this 6th day of April, 2010.

                                                 BY THE COURT:

                                                 /S/ Lyle E. Strom
                                               _____
                                               LYLE E. STROM, Senior Judge
                                               United States District Court