```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

PLATTE VALLEY BANK, a           )
Nebraska State Bank,            )
                                )
               Plaintiff,       )            8:10CV59
                                )
     v.                         )
                                )
TETRA FINANCIAL GROUP, LLC, a   )            ORDER
Utah Limited Liability          )
Company, and REPUBLIC BANK,     )
INC., a Utah corporation,       )
                                )
               Defendants.      )
_____)
```

This matter is before the Court on the motion of James G. Powers, Patrick, D. Pepper, and the law firm of McGrath North Mullin & Kratz, PC LLO, to withdraw as counsel of record for defendants (Filing No. 32). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED the motion is granted; James G. Powers, Patrick, D. Pepper, and the law firm of McGrath North Mullin & Kratz, PC LLO, are deemed withdrawn as counsel of record for defendants.

DATED this 17th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court