IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLATTE VALLEY BANK, a Nebraska State Bank,   ) ) ) | | |
| Plaintiff, ) | 8:10CV59 | |
| ) v.   ) ) | | |
| TETRA FINANCIAL GROUP, LLC, a ) Utah Limited Liability   ) Company, and REPUBLIC BANK,   ) INC., a Utah corporation,   ) ) | ORDER | |
| Defendants. ) _____) | | |

This matter is before the Court on the stipulation of the parties to extend the deadline for filing any motion challenging the qualifications of an expert or the admissibility of testimony of an expert witness (Filing No. 57). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted. The parties shall have until September 24, 2010, to file any motion challenging the qualifications of an expert of the admissibility of testimony of an expert witness.

DATED this 27th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court