IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLATTE VALLEY BANK, a<br>Nebraska State Bank, | )<br>)<br>) | |
| Plaintiff, | ) | 8:10CV59 |
| | ) | |
| v. | ) | |
| | ) | |
| TETRA FINANCIAL GROUP, LLC, a<br>Utah Limited Liability<br>Company, and REPUBLIC BANK,<br>INC., a Utah corporation, | )<br>)<br>)<br>) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for extension of time to complete discovery (Filing No. 64). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to extend the time to complete discovery to October 15, 2010, is granted.

DATED this 27th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court