IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLATTE VALLEY BANK, a<br>Nebraska State Bank, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV59 |
| | ) | |
| v. | ) | |
| | ) | |
| TETRA FINANCIAL GROUP, LLC, a<br>Utah Limited Liability<br>Company, and REPUBLIC BANK,<br>INC., a Utah corporation, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the joint motion for extension of time (Filing No. 89). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted. The parties shall have until November 8, 2010, to complete discovery and to file motions for summary judgment.

2) The parties shall advise the Court on or before November 12, 2010, whether the motions for contempt and to impose sanctions (Filing Nos. 69 and 71) are moot.

DATED this 18th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court