IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLATTE VALLEY BANK, a<br>Nebraska State Bank, | ) )<br>) | |
| Plaintiff, | ) )<br>) | 8:10CV59 |
| v. | )<br>) | |
| TETRA FINANCIAL GROUP, LLC, a<br>Utah Limited Liability<br>Company, and REPUBLIC BANK,<br>INC., a Utah corporation, | )<br>)<br>)<br>) )<br>) | ORDER |
| Defendants. | ) )<br>) | |

This matter is before the Court on the joint

stipulation for extension of time to file motion for summary

judgment (Filing No. 98).  The Court finds the stipulation should

be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and

adopted; the parties shall have until November 23, 2010, to file

motions for summary judgment.

DATED this 5th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court