IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PLATTE VALLEY BANK, a          )
Nebraska State Bank,           )
                               )
          Plaintiff,           )      8:10CV59
                               )
     v.                        )
                               )
TETRA FINANCIAL GROUP, LLC, a  )      ORDER
Utah Limited Liability         )
Company, and REPUBLIC BANK,    )
INC., a Utah corporation,      )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiff Platte Valley Bank's motion for reconsideration of taxation of costs (Filing No. 173).

IT IS ORDERED that Platte Valley Bank's motion for reconsideration of taxation of costs (Filing No. 173) is denied.

DATED this 10th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court